UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
2019 JUL 29 AM 11: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

| | |
|---|---|
| UNITED STATES OF AMERICA  PLAINTIFF  V.  JOSE CAMACHO-VALADEZ  USMS# 73804-298            DEFENDANT | CASE NUMBER: SA19-590M  REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 7/29/2019   11:00   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 3148

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: SPANISH

7. Year of Birth: 1996

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: MARINA

10. Remarks (if any): _____

11. Name: ADRIAN BRAVO   (please print)

12. Office Phone Number: 714-338-4610

13. Agency: USMS

14. Signature: _/s/_

15. Date: 7/29/2019

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION