FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

"O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Jose Camacho-Valadez <br> Defendant. | Case No.: SA19-590M <br><br> ORDER [OF DETENTION] AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148 (B) <br><br> (Alleged Violation of Conditions of Pretrial Release) |

### A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __Battaglia, S. Dist. of CA__, and the Court having conducted a hearing on the alleged violation(s),

### B.

The Court finds

(1)

    (A) ( ) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B) (✓) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

__(1) using drugs, (2) failing to appear for drug testing, (3) travel to San Francisco__

| | | | |
|---|---|---|---|
| 1 | | | and |
| 2 | (2) | | |
| 3 | | (A) ( ) | that based on the factors set forth in 18 U.S.C. § 3142(g), there is no |
| 4 | | | condition or combination of conditions of release that will assure that |
| 5 | | | the defendant will not flee or pose a danger to the safety or any other |
| 6 | | | person or the community; or |
| 7 | | (B) (✓) | that the defendant is unlikely to abide by any condition or |
| 8 | | | combination of conditions of release. |

and/or, in the event of (1) (A)

(3)  ( ) that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4) ( ) that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

( ) This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(✓) IT IS ORDERED that the defendant be detained prior to trial.

DATED: 7/29/19

~~ROBERT N. BLOCK~~ Karen E. Scott
UNITED STATES MAGISTRATE JUDGE

2